DATE:  May 3, 2022

       The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Gabriel Seth Worsham, Executor, etc.
    v. Kathleen Bonnie Crispin Worsham, etc., et al.
    Record No. 0663-21-23
    Opinion rendered by Judge Raphael on
    January 11, 2022

2.  Horacio Eugenio Sobol
    v. Christine Marie Sobol
    Record No. 0459-21-4
    Opinion rendered by Judge Russell on
    January 25, 2022

3.  Catherine Ann Tomlin, a/k/a, etc.
    v. Commonwealth of Virginia
    Record No. 0561-21-3
    Opinion rendered by Judge Athey on
    March 15, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. W. Neil Wills
    v. Lisa J. Wills
   Record No. 0117-20-4
   Lisa J. Wills
    v. W. Neil Wills
   Record No. 0144-20-4
   Opinion rendered by Judge Beales
     on February 9, 2021
   Judgment of Court of Appeals affirmed by published order on April 7, 2022
   (210318)

2. Anthony Brian Barnett
    v. Commonwealth of Virginia
   Record No. 0487-20-3
   Opinion rendered by Judge O'Brien
     on April 6, 2021
   Refused (210921)